# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | Violation Number(s)/Location Code(s) | Violation Date(s) |
|---|---|---|---|
| v. | ) | E1169118     CA76 | 04/17/2022 |
| **IOSUE, JOSHUA A** | ) | Offense(s) | Amount Due |
| **444 LINCOLN AVE** | ) | Failure To Comply with The Directions of a Traffic Cont - 36 CFR 4.12 | $130.00 |
| **PRESCOTT, AZ 86301** | ) | Case Number: | Original Court Date: |
| *Defendant* | ) | 6:22-PO-00292-HBK | 08/16/2022 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date: August 23, 2022

/s/ Helena M. Barch-Kuchta
*Judge's signature*
Helena M. Barch-Kuchta

### Return

| Received | Date: 7/17/2024 | Location: Tuolumne Meadows |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: Justin Ayers    Title: US Park Ranger    District: Eastern District of California

Date: 07/17/2024    Signature: [signed]